**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00587-NYW-NRN

Meggs, et al.

        Plaintiffs,

vs.

TRTG GHD, LLC,

        Defendant.

_____/

**NOTICE OF SETTLEMENT**

The Plaintiffs, with consent of the Defendant, by and through undersigned counsel hereby inform this Court that the Parties have settled the above-captioned matter. The Parties are currently in the process of executing a settlement agreement and expect to file a stipulated dismissal within the next sixty days.

Respectfully submitted this 27th day of March 2024,

                                                  */s/ Jon G. Shadinger Jr.*
                                                  Jon G. Shadinger Jr., Esq.
                                                  Shadinger Law, LLC
                                                  717 E. Elmer Street, Suite 7
                                                  Vineland, NJ 08360
                                                  Phone (609) 319-5399
                                                  js@shadingerlaw.com
                                                  *Attorney for Plaintiffs,*
                                                  *John Meggs & Access 4 All Inc.*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March 2024, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
