# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00587-NYW-NRN

Meggs, et al.

        Plaintiffs,

vs.

TRTG GHD, LLC

        Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiffs and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice and without costs; a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the Parties.

Respectfully submitted this 23rd day of April 2024,

| | |
|---|---|
| **/s/ Jon G. Shadinger Jr.** | **/s/ Yvonne A. Ricardo** |
| Jon G. Shadinger Jr., Esq. | Yvonne A. Ricardo, Esq. |
| Shadinger Law, LLC | Buchalter, PC |
| 717 E. Elmer Street, Suite 7 | 655 W. Broadway, Suite 1600 |
| Vineland, NJ 08360 | San Diego, CA 92101 |
| js@shadingerlaw.com | Phone (619) 219-8187 |
| Phone (609) 319-5399 | yricardo@buchalter.com |
| *Attorney for Plaintiffs,* | *Attorneys for Defendant,* |
| *John Meggs & Access 4 All, Inc.* | *TRTG GHD, LLC* |